CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 19 2007

JOHN F. CORCORAN, CLERK
BY: O. Thompson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| J. ANDREW RAKER, | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Action No. 5:06-CV-00122 |
| v. | ) | |
| | ) | **INJUNCTION** |
| FREDERICK COUNTY PUBLIC | ) | |
| SCHOOLS; J. RICHARD PLAUGHER, | ) | By: Samuel G. Wilson |
| individually and in his official capacity | ) | United States District Judge |
| as Director of Student Support Services | ) | |
| for Frederick County Public Schools; | ) | |
| JOSEPH J. SWACK, individually and | ) | |
| in his official capacity as Principal of | ) | |
| Millbrook High School; | ) | |
|     Defendants. | ) | |

In accordance with the Memorandum Opinion entered this day, the court finds that the Plaintiff, J. Andrew Raker, will be irreparably harmed were a preliminary injunction not to issue, that Defendants will not be irreparably harmed by the issuance of a preliminary injunction, that Raker has shown a likelihood of success on the merits, and that the public interest will be served by the court's injunction. Accordingly, it is **ORDERED** and **ADJUDGED** that all named defendants, in their individual and official capacities and those acting in concert, are **ENJOINED** and **PROHIBITED** from enforcing Regulation 618R, as written, for the pendency of these proceedings or until and unless this court modifies this injunction. This injunction is effective immediately without the posting of bond.

**ENTER**: This January 19, 2007.

_____
UNITED STATES DISTRICT JUDGE